*1824.*

SEDGWICK
v.
FISH.

---

## WEAVER, v. LIVINGSTON.

A bill answered in part, may be taken as confessed, in other parts not answered.

THE defendant had appeared and answered; but exceptions having been taken, he had neglected to answer further; and his residence being at the city of Washington:

MR. TALLMADGE now moved, that he answer the exceptions within thirty days, or that the parts of the bill which were alleged by the exceptions to be not sufficiently answered, be taken as confessed.

*1825.*
17th October.

*Practice.*

THE COURT held, that this course might be taken, and granted the motion.

Order accordingly.